George F. Ogilvie III, Esq. (NSBN 3552)
Diane L. Welch, Esq. (NSBN 11738)
MCDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
gogilvie@mcdonaldcarano.com
dwelch@mcdonaldcarano.com

*Attorneys for Defendants Pale Horse GRS L.L.P., Chris Clark and Aaron Spradlin*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PRB SUPPLY LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PALE HORSE GRS L.L.P., a Tennessee limited liability company; CHRIS CLARK, an individual; and AARON SPRADLIN, an individual,<br><br>Defendants. | CASE NO. 2:20-cv-01360-JAD-VCF |

**STIPULATION AND ORDER (1) FOR ENLARGEMENT OF TIME FOR DEFENDANTS PALE HORSE AND CLARK TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST); AND (2) ACKNOWLEDGING ACCEPTANCE OF SERVICE OF PROCESS ON BEHALF OF DEFENDANT AARON SPRADLIN**

The parties, through counsel, hereby stipulate and agree as follows:

That Defendants PALE HORSE GRS, LLP and CHRIS CLARK shall have an extension of time until and including **August 27, 2020**, in which to file their Answer or other responsive pleading to Plaintiff PRB SUPPLY LLC's Complaint.

The need to enlarge time for Defendants to respond to Plaintiff's Complaint is based on the following factors. Defendants Pale Horse and Clark retained Nevada counsel only two days before their response to the Complaint was due. Defendants Pale Horse and Clark immediately removed this matter to the U.S. District Court of Nevada on July 23, 2020. (ECF No. 1) Pursuant to the

1  acknowledgement of acceptance of service below, all Defendants can provide a single response to
2  the Complaint, rather than multiple filings. The additional time requested will also permit
3  Defendants' counsel to collect documents and information necessary for an informed response to
4  the Complaint.

5      The law firm of McDonald Carano hereby states and acknowledges that (a) it has been
6  provided with a copy of the Summons and Complaint issued to Defendant Aaron Spradlin; and (b)
7  McDonald Carano is authorized to and hereby does accept service of process on Defendant
8  Spradlin's behalf. Pursuant to FRCP 12(a), Defendant Spradlin's Answer or other responsive
9  pleading is due August 27, 2020, which is the same date as the proposed extended date for the other
10  Defendants.

11      This stipulation is brought in good faith and not for purposes of delay.

13  DATED this __5th__ day of August 2020.       DATED this __5th__ day of August 2020

14  RICE REUTHER SULLIVAN & CARROLL       McDONALD CARANO, LLP

16  By: */s/ Anthony J. DiRaimondo*       By: */s/ Diane L. Welch*
17  David A. Carroll, Esq. (NSB #7643)       George F. Ogilvie III, Esq. (NSBN 3552)
    Anthony J. DiRaimondo, Esq. (NSB #10875)       Diane L. Welch, Esq. (NSBN 11738)
18  Robert E. Opdyke, Esq. (NSB #12841)       2300 West Sahara Avenue, Suite 1200
    3800 Howard Hughes Pkwy, Suite 1200       Las Vegas, Nevada 89102
19  Las Vegas, Nevada 89169

20  *Attorneys for Plaintiff PRB Supply LLC*       *Attorneys for Defendants Pale Horse GRS L.L.P., Chris Clark, and Aaron Spradlin*

**IT IS SO ORDERED.**

_____
U.S. MAGISTRATE JUDGE

DATED: __8-6-2020__

Page 2 of 2

**Subject:**              FW: PRB Supply LLC. v. Pale Horse GRS, LLP, et al.

---

**From:** Anthony J. DiRaimondo <adiraimondo@rrsc-law.com>
**Sent:** Wednesday, August 5, 2020 4:13 PM
**To:** Diane Welch <dwelch@mcdonaldcarano.com>; David A. Carroll <dcarroll@rrsc-law.com>
**Subject:** RE: PRB Supply LLC. v. Pale Horse GRS, LLP, et al.

1) Looks good.  You have my permission to e-sign my signature and submit for filing.
2) Attached is the summons.

Thanks.

Anthony J. DiRaimondo, Esq.
**Rice Reuther Sullivan & Carroll, LLP**
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Direct: (702) 697-6109
Main: (702) 732-9099
Fax: (702) 732-7110
adiraimondo@rrsc-law.com

---

**From:** Diane Welch <dwelch@mcdonaldcarano.com>
**Sent:** Wednesday, August 5, 2020 4:08 PM
**To:** Anthony J. DiRaimondo <adiraimondo@rrsc-law.com>; David A. Carroll <dcarroll@rrsc-law.com>
**Subject:** RE: PRB Supply LLC. v. Pale Horse GRS, LLP, et al.

Tony:
Thanks for taking my call earlier today.  Attached is the stipulation. I have accepted your edits, with a slight change to the FRCP reference as indicated.  Please review and accept before adding your e-signature if you find this acceptable.

**Diane Welch** | Of Counsel

**McDONALD CARANO**

**D:** 702.257.4525 | **E:** dwelch@mcdonaldcarano.com