George F. Ogilvie III, Esq. (NSBN 3552)
Diane L. Welch, Esq. (NSBN 11738)
MCDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
gogilvie@mcdonaldcarano.com
dwelch@mcdonaldcarano.com

*Attorneys for Defendants Pale Horse GRS L.L.P.,
Chris Clark and Aaron Spradlin*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PRB SUPPLY LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PALE HORSE GRS L.L.P., a Tennessee limited liability company; CHRIS CLARK, an individual; and AARON SPRADLIN, an individual,<br><br>Defendants. | CASE NO.  2:20-cv-01360-JAD-VCF |

**STIPULATION AND ORDER TO ENLARGE TIME
FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT
(SECOND REQUEST)**

The parties, through counsel, hereby stipulate and agree as follows:

That Defendants PALE HORSE GRS, LLP, CHRIS CLARK and AARON SPRALIN shall have an extension of time until and including **September 10, 2020**, in which to file their Answer or other responsive pleading to Plaintiff PRB SUPPLY, LLC's Complaint.  In addition, the Parties request an extension of time to file the Joint Status Report ordered in the Court's Minute Order, entered July 21, 2020. (Doc. #2)

The Parties request the Court grant their request in light of ongoing settlement negotiations. If the negotiations are successful, the resulting agreement will obviate the need for Defendants to respond to the Complaint, or for the Parties to file the Joint Status Report.

1   This stipulation is brought in good faith and not for purposes of delay.

2

3   DATED this 19th day of August 2020.  DATED this 19th day of August 2020

4   RICE REUTHER SULLIVAN & CARROLL  McDONALD CARANO, LLP

5

6   By: */s/ Anthony J. DiRaimondo*  By: */s/      Diane L. Welch*
    David A. Carroll, Esq. (NSB #7643)  George F. Ogilvie III, Esq. (NSBN 3552)
7   Anthony J. DiRaimondo, Esq. (NSB #10875)  Diane L. Welch, Esq. (NSBN 11738)
    Robert E. Opdyke, Esq. (NSB #12841)  2300 West Sahara Avenue, Suite 1200
8   3800 Howard Hughes Pkwy, Suite 1200  Las Vegas, Nevada 89102
9   Las Vegas, Nevada 89169

    *Attorneys for Defendants Pale Horse GRS*
10  *Attorneys for Plaintiff PRB Supply LLC*  *L.L.P., Chris Clark, and Aaron Spradlin*

11

12           **IT IS SO ORDERED:**

13           _____
14           U.S. MAGISTRATE JUDGE

15           DATED:  8-25-2020

16

17

18

19

20

21

22

23

24

25

26

27

28