George F. Ogilvie III, Esq. (NSBN 3552)
Diane L. Welch, Esq. (NSBN 11738)
MCDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
gogilvie@mcdonaldcarano.com
dwelch@mcdonaldcarano.com

*Attorneys for Defendants Pale Horse GRS L.L.P.,
Chris Clark and Aaron Spradlin*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PRB SUPPLY LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PALE HORSE GRS L.L.P., a Tennessee limited liability company; CHRIS CLARK, an individual; and AARON SPRADLIN, an individual,<br><br>Defendants. | CASE NO.  2:20-cv-01360-JAD-VCF |

## STIPULATION AND ORDER TO ENLARGE TIME
## FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT
## (THIRD REQUEST)

The parties, through counsel, hereby stipulate and agree as follows:

That Defendants PALE HORSE GRS, LLP, CHRIS CLARK and AARON SPRALIN shall have an extension of time until and including **September 25, 2020**, in which to file their Answer or other responsive pleading to Plaintiff PRB SUPPLY, LLC's Complaint.

The Parties request the Court grant this third request to allow them to continue settlement negotiations.

/ / /

/ / /

/ / /

McDONALD CARANO

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

This stipulation is brought in good faith and not for purposes of delay.

DATED this 10th day of September, 2020.          DATED this 10th day of September, 2020

RICE REUTHER SULLIVAN & CARROLL          McDONALD CARANO, LLP


By: */s/  Anthony J. DiRaimondo*          By: *    /s/        Diane L. Welch        *
    David A. Carroll, Esq. (NSB #7643)          George F. Ogilvie III, Esq. (NSBN 3552)
    Anthony J. DiRaimondo, Esq. (NSB #10875)          Diane L. Welch, Esq. (NSBN 11738)
    Robert E. Opdyke, Esq. (NSB #12841)          2300 West Sahara Avenue, Suite 1200
    3800 Howard Hughes Pkwy, Suite 1200          Las Vegas, Nevada 89102
    Las Vegas, Nevada 89169

                                          *Attorneys for Defendants Pale Horse GRS*
    *Attorneys for Plaintiff PRB Supply LLC*          *L.L.P., Chris Clark, and Aaron Spradlin*


                    **IT IS SO ORDERED**

                    _____
                    U.S. MAGISTRATE JUDGE
                    9-11-2020
                    DATED: _____