# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| PRB SUPPLY LLC, a Nevada limited liability company,<br><br>          Plaintiff,<br><br>v.<br><br>PALE HORSE GRS L.L.P., a Tennessee limited liability company; CHRIS CLARK, an individual; and AARON SPRADLIN, an individual,<br><br>          Defendants. | 2:20-cv-01360-JAD-VCF<br><br>**<u>ORDER</u>** |

Before the Court is the Motion to Withdraw as Counsel (ECF No. 65). George F. Ogilvie III, Esq., Daniel I. Aquino, Esq. and McDonald Carano LLP seek to withdraw as counsel of record for defendants Pale Horse GRS, LLP ("Pale Horse"), Chris Clark ("Clark"), and Aaron Spradlin. Counsel states that the relationship between Counsel and Defendants has broken down to the extent that Counsel can no longer effectively represent Defendants' interests. *See* Exhibit 1, Ogilvie Decl.

Accordingly,

IT IS HEREBY ORDERED that a video conference hearing on the Motion to Withdraw as Counsel (ECF No. 65), is scheduled for 1:00 PM, March 1, 2022.

IT IS FURTHER ORDERED that a managing representative, partner or director of Pale Horse GRS, LLP, Chris Clark and Aaron Spradlin must attend at the hearing by video on March 1, 2022 at 1:00 PM.

IT IS FURTHER ORDERED that counsel/the parties must email Courtroom Administrator,

1  Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video
2  conference hearing by noon, February 28, 2022.
3      IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:
4      INSTRUCTIONS FOR THE VIDEO CONFERENCE
5      Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing
6  to the participants email provided to the Court.
7      • Log on to the call ten (10) minutes prior to the hearing time.
8      • Mute your sound prior to entering the hearing.
9      • Do not talk over one another.
10     • State your name prior to speaking for the record.
11     • Do not have others in the video screen or moving in the background.
12     • No recording of the hearing.
13     • No forwarding of any video conference invitations.
14     • Unauthorized users on the video conference will be removed.
15
16     For anyone who is not a party to the action, the call-in telephone number is (888) 273-3658, access
17 code: 3912597, and the phone must be on mute. The call must be made five minutes prior to the hearing
18 time. The court will join the call and convene the proceedings. Recording of the proceedings is prohibited.
19     DATED this 7th day of February, 2022.

                                                                                                                                                                                                        _____
                                                            CAM FERENBACH
                                                            UNITED STATES MAGISTRATE JUDGE

20
21
22
23
24
25