Cami M. Perkins, Esq.
Nevada Bar No. 9149
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
Steven E. Kish, Esq.
Nevada Bar No. 15257
**HOWARD & HOWARD ATTORNEYS PLLC**
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
Email: cp@h2law.com
*Attorney for Defendants*
*Pale Horse GRS, LLP,*
*Chris Clark, and Aaron Spradlin*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PRB SUPPLY LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>PALE HORSE GRS L.L.P., a Tennessee limited liability partnership; CHRIS CLARK, an individual; and AARON SPRADLIN, an individual,<br><br>Defendants. | Case No. 2:20-cv-01360-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO COMPLY WITH ORDER GRANTING MOTION TO COMPEL** |

Pursuant to Local Rules LR IA 6-2 and LR 7-1, Defendants, Pale Horse GRS, LLC, Chris Clark, and Aaron Spradlin ("Defendants"), and Plaintiff, PRB Supply, LLC ("Plaintiff") hereby submit this stipulation and proposed order as follows:

1. Defendants were ordered to comply with the Court's Order granting Plaintiff's Motion to Compel Production of Unredacted Financial Information (the "Motion"), filed on January 18, 2022, by April 12, 2022. (*See* Minutes of Proceedings, ECF No. 71.)

2. Additional time to comply with the Motion is necessary because Defendants recently retained new counsel who requires more time in order to ensure full compliance.

HOWARD & HOWARD ATTORNEYS PLLC

Defendants and their new counsel need to adequately review and understand the complexities of the case to comply with the order of the Court.

3.     The parties and their respective counsel have consulted and agreed that additional time to comply with the Court's Order is appropriate under these circumstances.  This time will better enable counsel to confer with the Defendants and prepare the documents ordered to be produced.

4.     Based upon the foregoing and for good cause shown, Defendants shall have additional time, through and including, April 22, 2022, to comply with the Court's Order.

**HOWARD & HOWARD ATTORNEYS PLLC**

By: *Cami M. Perkins*
Cami M. Perkins, Esq.
Jonathan W. Fountain, Esq.
Steven E. Kish, Esq.
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169

*Attorneys for Defendants*
*Pale Horse GRS, LLP, Chris Clark, and Aaron Spradlin*

**RICE REUTHER SULLIVAN & CARROLL, LLP**

By: *Anthony J. DiRaimondo*
David A. Carroll, Esq.
Anthony J. DiRaimondo, Esq.
Robert E. Opdyke, Esq.
3800 Howard Hughes Pkwy., Ste. 1200
Las Vegas, Nevada 89169

*Attorneys for Plaintiff PRB Supply LLC*

**IT IS SO ORDERED.**

_____
U.S. MAGISTRATE JUDGE

DATED: _____
            4-5-2022

**From:** Cami M. Perkins
**Sent:** Tuesday, April 5, 2022 10:06 AM
**To:** Anthony J. DiRaimondo; David A. Carroll
**Cc:** Joshua WS Daor
**Subject:** RE: Stipulation

Thank you. These look good. We will accept and submit.

 **Cami M. Perkins**
Attorney and Counselor

3800 Howard Hughes Pkwy, STE 1000, Las Vegas, NV 89169
**D:** 702.667.4855 | **C:** 702.810.4132 | **F:** 702.567.1568
cperkins@howardandhoward.com | Bio | vCard | LinkedIn

NOTICE: Information contained in this transmission to the named addressee is proprietary information and is subject to attorney-client privilege and work product confidentiality. If the recipient of this transmission is not the named addressee, the recipient should immediately notify the sender and destroy the information transmitted without making any copy or distribution thereof.

**From:** Anthony J. DiRaimondo <adiraimondo@rrsc-law.com>
**Sent:** Tuesday, April 5, 2022 9:59 AM
**To:** Cami M. Perkins <cperkins@howardandhoward.com>; David A. Carroll <dcarroll@rrsc-law.com>
**Cc:** Joshua WS Daor <jdaor@howardandhoward.com>
**Subject:** RE: Stipulation

> **CAUTION: EXTERNAL EMAIL**

Minor edits in the attached redline. Let us know if this works. Thanks.

Anthony J. DiRaimondo, Esq.
**Rice Reuther Sullivan & Carroll, LLP**
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Direct: (702) 697-6109
Main: (702) 732-9099
Fax: (702) 732-7110
adiraimondo@rrsc-law.com